**Order filed December 13, 2011.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00606-CV**
_____

**CRYSTAL SPRINGS APARTMENTS, Appellant**

**V.**

**AUDREY WARE, Appellee**

**On Appeal from Count Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 986710**

## O R D E R

Appellant's brief was due November 14, 2011.   No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court on or before **January 12, 2012**, the Court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

PER CURIAM